UNITED STATES of America, Plaintiff–Appellee,

v.

**Michael Derran WEIR, a.k.a. michaeldwmale, a.k.a. boys4u2c, Defendant–Appellant.**

No. 12–50449.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 3, 2013.

Jean–Claude Andre, Assistant U.S., Vicki Chou, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Anthony Eaglin, Esquire, Anthony Eaglin, Attorney at Law, Los Angeles, CA, for Defendant–Appellant.

Michael Weir, pro se.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

### MEMORANDUM **

Michael Derran Weir appeals from the district court's judgment and challenges his guilty-plea conviction and 144–month

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

sentence for two counts of distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1); and one count of receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Weir's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Weir the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**